UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

RAMON BOYCE, *et al.*,

    Plaintiffs,

vs.

CITY HALL FOR SPRINGFIELD, OHIO, *et al.*,

    Defendants.

Case No. 3:19-cv-181

District Judge Walter H. Rice
Magistrate Judge Michael J. Newman

---

**ORDER DIRECTING PLAINTIFF SHAQUEETA TERRELL TO PROVIDE THE COURT WITH CURRENT CONTACT INFORMATION**

---

This is a civil rights case in which *pro se* Plaintiffs assert claims under 42 U.S.C. § 1983 against a number of Defendants. Two recent attempts to serve Plaintiff Shaqueeta Terrell with Court Orders were returned to the Court as undeliverable. Docs. 9, 10. The Court **ADVISES** the parties of their obligation to timely keep the Court apprised of any and all changes to their contact information. Plaintiff Terrell is **ORDERED** to provide the Court with current contact information within **14 days** from the entry of this Order. Failure to comply as ordered herein may result in the dismissal of Plaintiff Terrell's claims for failure to prosecute.

    **IT IS SO ORDERED.**

Date:  August 26, 2019                      s/ Michael J. Newman
                                                         Michael J. Newman
                                                         United States Magistrate Judge