IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

RAMON BOYCE, *et al.*,          :

       Plaintiffs,

    v.                          :          Case No. 3:19-cv-181

CITY HALL FOR SPRINGFIELD,                  JUDGE WALTER H. RICE
OHIO, *et al.*,

       Defendants.         :

---

ORDER GRANTING PLAINTIFFS ALYSHIA COOK, SHAQUEETA
TERRELL AND QUIANA BOYCE FOURTEEN CALENDAR DAYS TO
FILE OBJECTIONS TO MAGISTRATE JUDGE NEWMAN'S
SEPTEMBER 11, 2019, REPORT AND RECOMMENDATIONS (DOC.
#12)

---

On September 11, 2019, on initial review, United States Magistrate Judge

Michael J. Newman issued a Report and Recommendations concerning the

Complaint filed by *pro se* Plaintiffs Ramon Boyce, Alyshia Cook, Shaqueeta Terrell

and Quiana Boyce. Doc. #12. Only Plaintiff Ramon Boyce filed Objections to the

Report and Recommendations. Doc. #13. Those Objections were purportedly filed

on behalf of all four Plaintiffs. Nevertheless, because Ramon Boyce is not a

licensed attorney, he is not authorized to represent the legal interests of other

individuals.

Accordingly, in the interest of fairness, Plaintiffs Alyshia Cook, Shaqueeta

Terrell and Quiana Boyce are each given an additional fourteen calendar days from

from the date of this Order to file their own, individual Objections to the Report and Recommendations.[1] They may seek an extension by filing a motion for an extension of that deadline, which the Court may grant upon a showing of good cause. Any Objections shall specify the portions of the Report and Recommendations objected to, and shall be accompanied by a memorandum of law in support of the Objections. Failure to make Objections in accordance with this procedure may forfeit rights on appeal. *Thomas v. Arn*, 474 U.S. 140, 153-55 (1985).

Date: February 11, 2020

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

---

[1] By application of Fed. R. Civ. P. 6(d), this deadline is extended to seventeen calendar days.