# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| RAMON BOYCE, *et al.*, | : Case No. 3:19-cv-181 |
| Plaintiffs, | : District Judge Walter H. Rice |
| | : Magistrate Judge Sharon L. Ovington |
| vs. | : |
| CITY HALL FOR SPRINGFIELD OHIO, *et al.*, | : |
| Defendants. | : |

## PRELIMINARY PRETRIAL CONFERENCE ORDER

In accordance with mandates of Fed. R. Civ. P. 26(f), the parties must meet and confer in order to file their 26(f) Report by **August 30, 2021**.  Pretrial procedures and forms can be found on the Court's website at www.ohsd.uscourts.gov.  The Court will thereafter, pursuant to Rule 16(b), enter a Calendar Order or will set and hold a Scheduling Conference after which a Calendar Order will issue.

August 10, 2021                    *s/Sharon L. Ovington*
                                                    Sharon L. Ovington
                                                    United States Magistrate Judge