IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

RAMON BOYCE,

        Plaintiff,

        vs.

CITY HALL FOR SPRINGFIELD
OHIO, et al.,

        Defendants.

:
:
:
:
:
:

Case No.   3:19cv181

JUDGE WALTER H. RICE

---

## DIRECTIVE TO PLAINTIFF AND COUNSEL FOR DEFENDANTS

---

In accordance with mandates of Fed. R. Civ. P. 26(f), the parties must meet and confer in order to file their 26(f) Report by the close of business on Monday, January 31, 2022. Pretrial procedures and forms can be found on the Court's website at www.ohsd.uscourts.gov. The Court will thereafter, pursuant to Rule 16(b), enter a Calendar Order or will set and hold a Scheduling Conference after which a Calendar Order will issue.

Defendant is currently a resident at the Chillicothe Correctional Institution, the address of which is listed below. Plaintiff's anticipated release date is June 20, 2092. It is anticipated by the Court that the Defendant's counsel will furnish the Plaintiff with a reasonable 26(f) Report based on their perception of reasonable dates, no later than the close of business on January 14, 2022. Plaintiff will then take a week's time, to the close of business on Friday, January 21, 2022, to either agree with the dates suggested by Defendants' counsel or to suggest alternative dates. Once this Court has reviewed the submissions of the parties, it will enter a Calendar Order or

schedule a telephone conference between Plaintiff, from the institution in which he is currently

resident, and Defendant's counsel.

     Plaintiff can be reached at the following address: Ramon Boyce, Inmate No. 744309, Post

Office Box 5500, Chillicothe, Ohio 45601.


January 4, 2022

                  WALTER H. RICE
                  UNITED STATES DISTRICT JUDGE


Copies to:

Ramon Boyce, *Pro Se*
Counsel of record

2