# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| RAMON BOYCE, *et al.*, | : | Case No. 3:19-cv-00181 |
| | : | |
| Plaintiffs, | : | District Judge Walter H. Rice |
| | : | Magistrate Judge Caroline H. Gentry |
| vs. | : | |
| | : | |
| CITY HALL FOR SPRINGFIELD OHIO, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## NOTICE TO PRO SE PLAINTIFF OF MOTION FOR SUMMARY JUDGMENT

You are hereby notified that Defendants Deric Nichols and Brian Peabody filed a Motion for Summary Judgment on November 1, 2022. (Doc. 38). You should receive a copy of the Motion directly from Defendants.

Your response must be filed with the Court no later than November 28, 2022. If you fail to file a timely response, Defendants' Motion for Summary Judgment may be granted and your case dismissed.

November 3, 2022

*/s/ Caroline H. Gentry*
Caroline H. Gentry
United States Magistrate Judge